UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERGUSON,<br><br>           Plaintiff,<br><br>    v.<br><br>AMERICAN CAMPUS COMMUNITIES, *et al*.<br><br>           Defendants. | Case No. 1:22-cv-01222-JLT-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANTS' FAILURE TO RESPOND PURSUANT TO FED. R. CIV. P. 81(c)(2)<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br><u>SEVEN DAY-DEADLINE</u> |

On September 23, 2022, Defendant Southern Management Systems, Inc., removed this action filed by *pro se* Plaintiff Mark Ferguson ("Plaintiff") from California Superior Court Kern County Small Claims Division. (ECF No. 1). Pursuant to Rule 81 of the Federal Rules of Civil Procedure, "after removal…a defendant who did not answer before removal must answer or present other defenses or objections under these rules…" Fed. R. Civ. P. 81(c)(2).

The Court takes judicial notice Defendants American Campus Communities and Southern Management Systems, Inc. ("Defendants") did not file a responsive pleading in state court. *See Ferguson v. American Campus Communities, et al.*, No. BCS-22-001531. Moreover, Defendants have not filed a responsive pleading in this Court, and their time to do so has expired. Fed. R. Civ. P. 81(c)(2).

The Court has the inherent power to control its docket and may, in the exercise of that

power, impose sanctions where appropriate. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that within 7 days of entry of this order, Defendants shall show cause in writing why they should not be sanctioned for failing to timely file a responsive pleading pursuant to Fed. R. Civ. P. 81(c)(2). Defendants are advised that failure to respond to this order to show cause may result in appropriate sanctions, including remand of the action; and

IT IS FURTHER ORDERED that the initial scheduling conference set for January 13, 2023, at 9:00 AM is continued to February 10, 2023, at 9:00 AM.

IT IS SO ORDERED.

Dated: **January 6, 2023**

UNITED STATES MAGISTRATE JUDGE