UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FERGUSON,<br><br>              Plaintiff,<br><br>      v.<br><br>AMERICAN CAMPUS COMMUNITIES, *et al.*<br><br>              Defendants. | Case No. 1:22-cv-01222-JLT-CDB<br><br>ORDER DISCHARGING SHOW CAUSE ORDER AND ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE<br><br>(ECF Nos. 9, 13). |

On September 23, 2022, Defendant Southern Management Systems, Inc., removed this action filed by *pro se* Plaintiff Mark Ferguson ("Plaintiff") from California Superior Court Kern County Small Claims Division. (ECF No. 1). On January 6, 2023, the Court issued an order to show cause why sanctions should not be imposed for Defendants' failure to respond pursuant to Fed. R. Civ. P. 81(c)(2). (ECF No. 9).

The parties filed a stipulation to dismiss all parties with prejudice on January 9, 2022. (ECF No. 10). On January 11, 2023, the Court issued a minute order noting the stipulation did not comply with the proof of service requirements of Local Rule 135(b) and (c) and, thus, did not satisfy Fed. R. Civ. P. 41's requirement of a filing. (ECF No. 12). The parties were directed to cure these deficiencies and refile a stipulation consistent with Local Rule 135. *Id*. That same day, the parties filed a stipulation of dismissal of all parties with prejudice. (ECF No. 13).

Additionally, Defendant Southern Management Systems, Inc., filed a certificate/proof of service as to the stipulation of dismissal. (ECF No. 14).

Accordingly, based on the stipulation for dismissal, the certificate/proof of service, and for good cause appearing it is HEREBY ORDERED:

1. The January 6, 2023, Order to Show Cause (ECF No. 9) is discharged;
2. This action is dismissed with prejudice, with each party bearing that party's own attorney's fees and costs without further order from the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 12, 2023**

UNITED STATES MAGISTRATE JUDGE